# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 18, 2004

Before

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

No. 01-2928

Johnnie Walton,
    *Petitioner-Appellant,*

v.

Kenneth R. Briley, Warden,
    *Respondent-Appellee.*

Appeal from the United States District
Court for the Northern District
of Illinois, Eastern Division.

No. 97 C 2539

John F. Grady, *Judge.*

## ORDER

The opinion issued in this case on March 17, 2004 is hereby corrected. On page 4, second paragraph, line 10, "Gilmore" should be replaced with "Respondent".